IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARILYN FRANKLIN, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:15-CV-3194-L** |
| | § | |
| **HCA MANAGEMENT SERVICES, L.P.,** | § | |
| **And COLUMBIA MEDICAL CENTER** | § | |
| **OF LAS COLINAS,** | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the court is Plaintiffs' Opposed Amended Motion to Conditionally Certify a Collective Action and to Issue Notice, and Brief in Support Thereof, filed September 27, 2016. On December 19, 2016, United States Magistrate Judge Renee Harris Toliver entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that Plaintiffs' motion be denied.   On December 21, 2016, the court granted Plaintiffs' Unopposed Motion for Extension of Time to File Objections to the Report, and extended the objection deadline to January 9, 2017.   The deadline has passed, and no objections were filed to the Report.   Having reviewed the motion, record, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.   Accordingly, the court **denies** Plaintiffs' Opposed Amended Motion to Conditionally Certify a Collective Action and to Issue Notice.

**It is so ordered** this 13th day of January, 2017.

Sam A. Lindsay
United States District Judge

Order – Solo Page